PER CURIAM.
Appellant’s motion to determine jurisdiction is granted. The Court has determined that it lacks jurisdiction to review the order on appeal. See Workmen’s Auto Ins. Co. v. Franz, 24 So.3d 638, 640 (Fla. 2d DCA 2009) (concluding that order awarding summary judgment to insureds on issue of entitlement to uninsured motorist coverage was not a partial final judg *1203 ment where related claim for uninsured motorist benefits remained pending). Accordingly, the appeal is dismissed. Appel-lee’s motion to dismiss the appeal is denied as moot.
ROBERTS, C.J. and ROWE, J., concur; MAKAR, J., dissents with opinion.